United States District Court
Eastern District of New York

# NOTICE OF RELATED CASE

The Civil Cover Sheet filed in civil action

10 CV 676

1) indicated that this case is related to the following case(s):

10 - 99

GLEESON

-OR-

2) the case was directly assigned to Judge _____ and Magistrate Judge _____ as a Pro Se or Habeas case related to ____ CR/CV _____.